HONORABLE MARSHA J. PECHMAN

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

OCT 25 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M2 INNOVATIVE CONCEPTS, INC., a Washington Corporation,

    Plaintiff,

v.

ANN SACKS TILE & STONE, INC., an Oregon Corporation; and KOHLER CO., INC., a Wisconsin Corporation,

    Defendants.

NO. CV 06-0111 MJP

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff M2 Innovative Concepts, Inc. and Defendants Ann Sacks Tile & Stone, Inc. and Kohler Company, Inc., by their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims in this action and agree to waive all appeals from the dismissal of this action pursuant to this stipulation. Each party shall bear its own costs and attorney fees.



06-CV-00111-ORD

STIPULATION OF DISMISSAL - 1
CV 06-0111 MJP

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

1  SO STIPULATED AND AGREED TO BY:

2  Dated this 24th day of October, 2006.

3  /s/ David J. Lawyer                          /s/ Regina V. Culbert

4  David J. Lawyer, WSBA # 16353                Richard C. Siefert, WSBA # 8339
5  INSLEE BEST DOEZIE & RYDER                   Regina V. Culbert, WSBA # 30213
   PO Box C90016                                MERCHANT & GOULD PS
6  Bellevue, Washington 98009-9016              701 Fifth Avenue, Suite 4100
   425-455-1234 (*telephone*)                   Seattle, Washington 98104
7  425-635-7720 (*facsimile*)                   206-342-6200 (*telephone*)
8  dlawyer@insleebest.com                       206-342-6201 (*facsimile*)
                                                rsiefert@merchantgould.com
9  Counsel for M2 Innovative Concepts, Inc.     rculbert@merchantgould.com

10                                              Scott W. Johnston, admitted *Pro Hac Vice*
11                                              MERCHANT & GOULD PS
                                                3200 IDS Center
12                                              80 South 8th Street
                                                Minneapolis, Minnesota 55402
13                                              612-332-5300 (*telephone*)
                                                612-332-9081 (*facsimile*)
14                                              sjohnston@merchantgould.com

15                                              Counsel for Ann Sacks Tile & Stone, Inc. and
16                                              Kohler Company, Inc.

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL - 2                    MERCHANT & GOULD P.C.
CV 06-0111 MJP                                  701 FIFTH AVENUE, SUITE 4100
                                                SEATTLE, WASHINGTON 98104
                                                TELEPHONE: (206) 342-6200

**ORDER**

IT IS SO ORDERED:

DATED: *Oct 24, 2006*

*[signature]*

U.S. DISTRICT JUDGE MARSHA J. PECHMAN

STIPULATION OF DISMISSAL - 3
CV 06-0111 MJP

**MERCHANT & GOULD P.C.**
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006, I caused the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via email:

David James Lawyer
dlawyer@insleebest.com

Dated: October 24, 2006          By:   /s/ *Regina V. Culbert*
                                       Regina V. Culbert (WSBA 30213)

STIPULATION OF DISMISSAL - 4
CV 06-0111 MJP

**MERCHANT & GOULD P.C.**
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200